ACCEPTED
06-15-00067-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/7/2015 1:25:55 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00067-CR

IN THE COURT OF APPEALS
FOR THE SIXTH APPELLATE DISTRICT
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/7/2015 1:25:55 PM
DEBBIE AUTREY
Clerk

BRENDAN XAVIER DOUGLAS

VS.

THE STATE OF TEXAS

APPEALED FROM THE 124TH DISTRICT COURT, GREGG COUNTY
TRIAL CAUSE NO. 41,780-B

**FIRST MOTION FOR EXTENSION OF TIME TO FILE
BRIEF FOR BRENDAN XAVIER DOUGLAS, APPELLANT**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW BRENDAN XAVIER DOUGLAS, Appellant, and pursuant to Rule 10.5(b), TEX. R. APP. PROC., and pursuant to the extension policies of this Court, makes this request to extend filing the brief in this cause and would show as follows:

I.

The Official Court Reporter has filed the Reporter's record with this Honorable Court. The undersigned has received copies of that record as well

1

as the Clerk's Record. The deadline for filing Appellant's Brief is on or before December 9, 2015.

II.

Appellant requests an additional thirty (30) days in which to complete the research and writing necessary for submission of the brief.

III.

As reasonable explanation for the need for an extension of time Appellant would show as follows:

While counsel for Appellant has devoted time to reading the record, research, and drafting the Brief, the Brief is not yet finished. The Reporter's Record is voluminous, including one day devoted to voir dire, then 24 witnesses for the State giving evidence over a period of three days, then a fourth day for argument, verdict, and sentencing.

Appellate counsel has also during the past thirty days devoted his time to other matters in his office, including, but not limited to, the following matters:

**Work on Criminal Appeals**

Working on briefs in these cases:

Casey Jones v. State, No. 06-15-00113-CR

Leon Hill v. State, No. 06-15-00168-CR

Preparing and Filing a Petition for Discretionary Review in this case:

2

Derek Clinton Ward v. State, PD-1573-15

**Work on Civil Appeals**

Preparing and filing a Petition for Review in:

In the Interest of D.G., K. G., H. M. G., Children, on behalf of
Bennie G.,   Docket No. 15-0919

**Probate & Estate Work (All in Gregg County)**

Cause No. 2014-0317-P In re Estate of Baker: conference with counsel

Cause No. 2015-0297-E In re Estate of Roberts: conference with counsel

Cause No. 2015-0352-E, In re Guardianship of Tommie Johnson: interview

ward, prepare pleadings and report, attend hearing on temporary guardianship

**Child Protective Services Work (All in Gregg County)**

CPS conferences, court hearings, correspondence in the following cases:

No. 2015-1190-CCL2, "Interest of G. O."

 No. 2015-369-DR, "Interest of D. W. and K. W."

No. 2015-2162-DR, "Interest of C. Z. Y."

No. 2015-1171-CCL2, "Interest of C.F."

No. 2013-955-DR, "Interest of A. T."

No. 2014-2343-DR, "Interest of J. L. B."

No. 2014-873-DR, "Interest of J. K. V."

No. 2014-873-DR-1, "Interest of K. V."

Counsel has also spent several hours in conference during each week of the past 30-day period with clients who have consulted with counsel on such diverse areas of law as collections, criminal law, probate, juvenile, and other legal matters.

With a grant of an additional thirty days Appellate counsel plans to make substantial progress in further reading of the record and in the writing and research on the brief.

IV.

There has previously been no motion filed for extension of time, or grants of time extended to Appellant, for the filing of Appellant's brief.

WHEREFORE, PREMISES CONSIDERED, BRENDAN XAVIER DOUGLAS, Appellant, respectfully requests that this Honorable Court of Appeals will, upon reviewing this Motion, grant the extension of time for filing Appellant's brief as requested herein, and for such other relief to which Appellant may be entitled.

Respectfully submitted,

LAW OFFICES OF LEW DUNN

/s/ Lew Dunn
Lew Dunn Attorney at Law
201 E. Methvin, Suite 102
P.O. Box 2226

4

Longview, Texas 75606
903-757-6711
FAX 903-757-6712
Texas State Bar No. 06244600
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion is being sent by electronic transmission to the office of Hon. Zan Colson Brown, Assistant Criminal District Attorney, Gregg County Courthouse, 101 E. Methvin Street, Suite 333, Longview, Texas 75601 on this 7th day of December, 2015, email address: zan.brown@co.gregg.tx.us.

/s/_Lew Dunn_____
Lew Dunn
COUNSEL FOR APPELLANT